761 A.2d 1180

GREENE COUNTY and Greene County Children and Youth Services, Respondents,

v.

DISTRICT 2, UNITED MINE WORKERS OF AMERICA and Local Union 9999, United Mine Workers of America, Petitioners.

Supreme Court of Pennsylvania.

Dec. 1, 2000.

## ORDER

PER CURIAM:

**AND NOW,** this 1st day of December, 2000, we hereby **GRANT** the Petition for Allowance of Appeal.

It is hereby further **ORDERED** that the Order of the Commonwealth Court is **VACATED.**

We **REMAND** this matter to the Commonwealth Court for reconsideration in light of our decision in *State System of Higher Education (Cheyney University) v. State College University Professional Association (PSEA-NEA),* 560 Pa. 135, 743 A.2d 405 (1999).